

March 27, 2020

**VIA ECF**

The Honorable Madeline Cox Arleo
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 4A
Newark, NJ 07101

      Re:    *Oz Master Fund, Ltd., et al. v. Perrigo Co., PLC, et al.*,
             Case No. 19-cv-04900-MCA-LDW

Dear Judge Arleo:

      We represent plaintiffs in the above-referenced action and write to respectfully request an amendment of the case caption. On September 12, 2019, the names of the plaintiffs in this matter changed to Sculptor Master Fund, Ltd., and Sculptor Enhanced Master Fund, Ltd., respectively. Accordingly, Plaintiffs respectfully request an order directing the Clerk of Court to amend the case caption in this matter to read: *Sculptor Master Fund, Ltd., f/k/a Oz Master Fund, Ltd., and Sculptor Enhanced Master Fund, Ltd., f/k/a Oz Enhanced Master Fund, Ltd. v. Perrigo Co., PLC, Joseph Papa, and Judy Brown*. Defendants do not oppose this request.

Respectfully submitted,

**SO ORDERED.**
*s/ Leda Dunn Wettre, U.S.M.J.*
**Dated:** 3/30/2020

/s/ Sabina Mariella
Leigh Nathanson
Joanna Wright
Sabina Mariella
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300
Email: lnathanson@bsfllp.com
         jwright@bsfllp.com
         smariella@bsfllp.com

*Attorneys for Sculptor Master Fund, Ltd., f/k/a Oz Master Fund, Ltd., and Sculptor Enhanced Master Fund, Ltd., f/k/a Oz Enhanced Master Fund, Ltd.*

cc:  Counsel of Record (via ECF)